## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

HUSSAIN ALI ALIZADA #A221-350-321    CIVIL ACTION 1:25-CV-01865 SEC P

VERSUS                                JUDGE EDWARDS

U S IMMIGRATION & CUSTOMS            MAG. JUDGE PEREZ-MONTES
ENFORCEMENT ET AL

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 27), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED, and that Petitioner be RELEASED under appropriate conditions as soon as practicable, but no later than July 27, 2026.

IT IS FURTHER ORDERED that Respondents provide advance notice to counsel of Petitioner's release date and time and file a notice of compliance within 48 hours of Petitioner's release.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 23rd day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE